```
 1  TERRY A. DAKE, LTD.
    20 E. Thomas Rd.
 2  Suite 2200
    Phoenix, Arizona  85012-3133
 3  Telephone: (602) 710-1005
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| | ) | |
| PAULINA RUIZ BUHAGIAR; | ) | Case No. 2:18-BK-03535-DPC |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| ROBERT A. MACKENZIE, | ) | |
| TRUSTEE, | ) | **Adversary No. 2:18-AP-00402** |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| PAULINA RUIZ BUHAGIAR; | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I, **Terry A. Dake**
of *TERRY A. DAKE, LTD.*
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona  85012-3133

certify:

I am, and all times hereinafter mentioned was, more than 18 years of age;

On September 26, 2018, I served a copy of the Summons issued on September 26, 2018, together with the Complaint filed in this proceeding, by mailing those papers via the United States Postal Service, to the following persons at the addresses indicated:

**PAULI NA RUIZ BUHAGIAR**
5116 NORTH 29TH AVENUE, # 2
PHOENIX, AZ 85017

**KENNETH L NEELEY**
NEELEY LAW FIRM, PL C
2250 E. GERMANN RD., SUITE 11
CHANDLER, AZ 85286
480-802-4647
Fax : 480-907- 1648
Email: ecf@neeleyla w.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2018.

 /s/ TD009656
Terry A. Dake